IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMMY HILLIARD, <br> Plaintiff, | ) <br> ) <br> ) | |
| v. | ) | 2: 12-CV-1856 |
| COMMISSIONER OF SOCIAL SECURITY, <br> Defendant. | ) <br> ) <br> ) | |

## ORDER

AND NOW, this 10th day of October, 2013, after the plaintiff, Tammy Hilliard, filed an action in the above-captioned case seeking review of the Social Security Commissioner's final determination disallowing her claim for supplemental security income benefits, and after cross motions for summary judgment were submitted by the parties, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant, and upon independent review of the motions and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 18), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion for summary judgment (ECF No. 15) is denied, that plaintiff's motion for summary judgment (ECF No. 12) is granted, the decision of the Social Security Commissioner is reversed and that benefits are awarded.

Mark R. Hornak
United States District Judge